IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, G-49875, )<br>  )<br>Petitioner, )<br>  )<br>vs. )<br>  )<br>MIKE McDONALD, Warden, )<br>  )<br>Respondent. )<br>_____ ) | No. C 12-0718 CRB (PR)<br><br>ORDER OF DISMISSAL |

      Petitioner, a state prisoner incarcerated at High Desert State Prison, has filed a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254. His first petition was dismissed on the merits on November 8, 2011. See Soto v. McDonald, No. C 11-3050 CRB (PR) (N.D. Cal. Nov. 8, 2011) (order of dismissal).

      A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

      The clerk shall terminate all pending motions as moot and close the file.

SO ORDERED.

DATED: Feb. 21, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.12\Soto, W.12-0718.dismissal.wpd